**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA GALE, | ) NO. CV 15-8960-E |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: January 6, 2017.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE